**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)**

| | |
|---|---|
| LISA STOUMILE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>EBY-BROWN COMPANY, LLC. )<br>)<br>   Defendant. ) | Case No. 3:22-cv-00177<br><br>Judge Thomas M. Rose<br>Magistrate Judge Peter B. Silvain, Jr. |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN INFORMAL DISCOVERY DISPUTE CONFERENCE**

This matter is before the Court on Defendant Eby-Brown Company, LLC's *Unopposed Motion for an Informal Discovery Dispute Conference.* (Doc. #10). The Court finds the Motion well-taken and Defendant's Motion (Doc. #10) is hereby **GRANTED**. The Parties shall attend an informal discovery dispute conference with the Court via telephone on **August 29, 2023 at 2:00 p.m.** Counsel shall call **1-888-363-4735** to participate in the telephone conference with Magistrate Judge Peter B. Silvain. The conference access code is **6287286** and the security code is **123456**.

IT IS SO ORDERED.

Date: **August 24, 2023**          *s/Peter B. Silvain, Jr.*
                                               JUDGE PETER B. SILVAIN
                                               UNITED STATES MAGISTRATE JUDGE